

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00658-CV

Michael R. **VOORHIES** and Norelle Voorhies,
Appellants

v.

**TOWN OF HOLLYWOOD PARK, TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-02380
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's July 7, 2022 Order Granting Defendant Town of Hollywood Park's Plea to the Jurisdiction is AFFIRMED. We order appellants to pay the costs of this appeal.

SIGNED November 1, 2023.

_____
Beth Watkins, Justice